UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAUL SAMUEL JOHNSON, | Case No. 14-cv-05397-CW (PR) |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| THE SONOMA COUNTY MAIN ADULT DENTENTION FACILITY, et al., | |
| Defendants. | |

On April 28, 2015, the post office returned the Court's mail to Plaintiff as undeliverable. Because more than sixty days have passed since the Court's mail was returned, and the Court has received no written communication from Plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11 (b).

The clerk shall enter judgment in accordance with this order and close the file.

IT IS SO ORDERED.

Dated: July 6, 2015

_____
CLAUDIA WILKEN
United States District Judge